FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH 2009 JAN -8  P 2: 31
CENTRAL DIVISION

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| FRANK PARKER,<br><br>               Plaintiff,<br><br>vs.<br><br>NICOLE NEILSON, TARYN PRAZEN, BARBARA SINGER, LDS CHURCH OF KEARNS, UTAH DIVISION OF CHILD AND FAMILY SERVICES, and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>               Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:08 CV 468 TC |

       The court referred this case to Chief Magistrate Judge Samuel Alba pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). On December 8, 2008, Judge Alba, in a very thorough Report and Recommendation, recommended dismissal of Plaintiff's Complaint as to the only remaining defendant, Barbara Singer.

       The parties were given ten days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review. No objections were filed.

       The court, after de novo review of the Report and Recommendation, agrees that Judge

Alba's conclusions are correct in all respects, and hereby adopts the Report and Recommendation as the order of the court.   Plaintiff's Complaint against Defendant Barbara Singer is dismissed. Because Defendant Singer is the only remaining defendant in this case, dismissal of the Complaint as to her results in the full dismissal of Plaintiff's Complaint.

The court also adopts the recommendation that any pendent state law claims that might remain be dismissed.

DATED this 8th day of January, 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge